**Closed**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WEISSBURG and ADRIA WEISSBURG, <br><br> Plaintiffs, <br><br> v. <br><br> LANCASTER SCHOOL DISTRICT, <br><br> Defendant. | Case No. CV 08-07273 DDP (CTx) <br><br> **FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order granting in part and denying in part Plaintiffs' Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment for Plaintiffs is granted. Plaintiffs recover the sum of $42,607.05 from Defendant, along with $149.12 in prejudgment interest. This judgment bears interest at the rate of .42 percent per annum until satisfied.

The Court ORDERS that such judgment be entered.

IT IS SO ORDERED.

Dated: September 21, 2009

_____
DEAN D. PREGERSON
United States District Judge